### 43850.    BERG v. BERG.

JORDAN, Presiding Judge.   Orders not otherwise subject to direct appeal, here shown as the grant, on May 1, 1968, of a new trial in a civil case and the denial, on May 29, 1968, of a motion to reconsider, require a certificate of the trial judge within ten days of entry "that such order, decision or judg-

ment is of such importance to the case that immediate review should be had." Ga. L. 1968, pp. 1072, 1073, approved April 8, 1968. No certificate appearing, the appeal is

*Dismissed. Pannell and Deen, JJ., concur.*

SUBMITTED SEPTEMBER 9, 1968—DECIDED SEPTEMBER 17, 1968.

*Glenn Zell,* for appellant.
*Cullen M. Ward,* for appellee.